**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re | Case No. 04-30791-WRS |
| | Chapter 7 |
| SHANNON E. SULLIVAN | |
| PRISCILLA J. SULLIVAN, | |
| Debtors | |
| STERLING BANK, | |
| Plaintiff | Adv. Pro. No. 04-3045-WRS |
| v. | |
| PRISCILLA J. SULLIVAN, | |
| Defendant | |

## MEMORANDUM DECISION

This Adversary Proceeding came before the Court for a scheduling conference on August 3, 2004. Plaintiff Sterling Bank was present by counsel Charles N. Parnell III and Defendant Priscilla J. Sullivan was present by counsel David Weston. The Court entered a Show Cause Order on July 30, 2004, advising the Defendant that the form of her answer was not acceptable. Weston advised that he had discussed the matter with his client and that she will not contest the complaint of Sterling Bank. The Court will, by separate order, enter judgment in favor of Plaintiff Sterling Bank.

Done this 5th day of August, 2004.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Charles N. Parnell III, Attorney for Plaintiff
  David Weston, Attorney for Plaintiff